

CAROL L. MICHEL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FELONY**

INDICTMENT FOR VIOLATIONS OF THE
FEDERAL CONTROLLED SUBSTANCES ACT AND
THE FEDERAL GUN CONTROL ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **23-00078** |
| v. | * | SECTION: **SECT. M MAG. 5** |
| DESHAUN WHATLEY<br>a/k/a "Deshawn"<br>LEATRICE FRANKLIN | *<br><br>*<br><br>* | VIOLATIONS: 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(A)<br>21 U.S.C. § 841(b)(1)(B)<br>18 U.S.C. § 924(c)(1)(A)<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8) |

\*    \*    \*

The Grand Jury charges that:

## COUNT 1
(Possession with Intent to Distribute Controlled Substances)

On or about November 16, 2022, in the Eastern District of Louisiana, the defendants, **Deshaun Whatley, a/k/a "Deshawn" and Leatrice Franklin,** did knowingly and intentionally possess with the intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine hydrochloride and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), Schedule II drug controlled substances, and 100 grams or

```
__Fee USA_____
__Process_____
X_Dktd_____
__CtRmDep_____
__Doc.No._____
```

more of a mixture and substance containing a detectable amount of heroin, a Schedule I drug controlled substance in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(B).

## COUNT 2
### (Possession of Firearms in Furtherance of a Drug Trafficking Crime)

On or about November 16, 2022, in the Eastern District of Louisiana, the defendants, **Deshaun Whatley, a/k/a "Deshawn" and Leatrice Franklin,** did knowingly possess firearms, to wit: one black Taurus millennium, nine-millimeter semiautomatic pistol, bearing serial number TC017940 and one black Hi-Point nine-millimeter semiautomatic pistol, bearing serial number P1296138, in furtherance of a drug trafficking crime for which the defendants may be prosecuted in a court of the United States, to wit: possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), as charged in Count 1 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 3
### (Felon in Possession of a Firearm)

On or about November 16, 2022, in the Eastern District of Louisiana, the defendant, **Deshaun Whatley, a/k/a "Deshawn,"** knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on June 27, 2013, in Orleans Parish District Court, Docket Number 514-472 for Possession with Intent to Distribute Heroin, in violation of Louisiana Revised Statute 40:966(A)(1) did knowingly possess a firearm, to wit: a black Taurus millennium, nine-millimeter semiautomatic pistol, bearing serial number TC017940, said firearm having been in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 through 3 are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendants, **Deshaun Whatley, a/k/a "Deshawn" and Leatrice Franklin,** shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property, constituting or derived from, any proceeds obtained, directly or indirectly, as the result of said offense, and any property, used or intended to be used, in any manner or part, to commit or to facilitate the commission of said offense, including but not limited to the following property:

   $18,659.81 in United States currency;

   Black 2016 Nissan Maxima, Louisiana License Plate 714CZF.

3. As a result of the offenses alleged in Counts 2 and 3, the defendants, **Deshaun Whatley, a/k/a "Deshawn" and Leatrice Franklin,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to any of the following:

   Black Taurus Millennium PT111 Pro, 9mm semiautomatic firearm, bearing serial number TC017940;

   Black Hi-Point, model C9, 9mm semiautomatic firearm, bearing serial number P1296138.

4. If any of the above-described property, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

3

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendants up to the value of said property.

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendants up to the value of said property.



DUANE A. EVANS
UNITED STATES ATTORNEY

*Stuart Theriot*
STUART M. THERIOT
Assistant United States Attorney
La. Bar Roll No. 36952

New Orleans, Louisiana
April 28, 2023

4

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT
Eastern District of Louisiana
Criminal Division

## THE UNITED STATES OF AMERICA
vs.

DESHAUN WHATLEY
a/k/a "Deshawn"
LEATRICE FRANKLIN

## INDICTMENT

INDICTMENT FOR VIOLATIONS OF THE CONTROLLED SUBSTANCES ACT AND THE FEDERAL GUN CONTROL ACT

VIOLATIONS: 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(A), 21 U.S.C. § 841(b)(1)(B), 18 U.S.C. § 924(c)(1)(A), 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a)(8)

Filed in open court this _____ day of _____ A.D. 2023.

_____
Clerk

Bail, $ _____

*Stuart Theriot*
Stuart M. Theriot
Assistant United States Attorney